# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERT E. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13CV26  HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's response to the January 8, 2013 Opinion, Memorandum and Order, instructing him to file a completed CJA Form 23 in support of his application for *in forma pauperis* status [Doc. #4]. The Court specifically noted that plaintiff had failed to state if he has "other income," and if so, the amount received and the source thereof. In his response to this Court's Order, plaintiff again has failed to state if he has "other income."

As such, plaintiff has not complied with the Court's January 8 Order, and the Court is unable to determine if plaintiff is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A). Rather than dismiss this action, the Court will give plaintiff one last opportunity to comply with its January 8 Order. Plaintiff must state whether or not he has received in the

past twelve months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources, and if he has, he must provide the amount(s) and the source(s) of that income.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have fifteen (15) days from the date of this Order to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the case shall be dismissed, without prejudice and without further notice.

Dated this 28th day of January, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE